# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2278. IN THE INTEREST OF R. K., A CHILD**.

On April 22, 2026, the Juvenile Court of Troup County found that R. K., a minor, had committed three acts of child molestation and entered orders adjudicating him delinquent and transferring the case to the Juvenile Court of Lanier County for final disposition.[1] R. K. then filed the underlying appeal challenging the adjudication of delinquency. We, however, lack jurisdiction.

As a general rule, a right of direct appeal lies from only a final judgment — that is, where the case is no longer pending below. See OCGA § 5-6-34(a)(1). "The 'in the court below' language in OCGA § 5–6–34(a)(1) is generally used to refer to a trial court as distinguished from an appellate court[,]" and "a case transferred from one trial court to another trial court is still 'pending in the court below.' " *In the Interest of W.L.*, 335 Ga. App. 561, 562 (782 SE2d 464) (2016) (punctuation omitted). Thus, because the Troup County court transferred the case to Lanier County for final disposition, the adjudication of delinquency does not constitute a final order. Id. (dismissing as premature an appeal from a delinquency adjudication because the trial court had transferred the case to a different county for final disposition).

Given the interlocutory nature of the order at issue, R. K. could obtain

---

[1] In transferring the case, the court found that R. K. was a legal resident of Lanier County.

immediate review of the same only by complying with the interlocutory appeal procedures set forth in OCGA § 5-6-34(b). See *Islamkhan v. Khan*, 299 Ga. 548, 551 (2) (787 SE2d 731) (2016). R. K.'s failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___07/13/2026_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*